IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Roman, Ruth

Printed: 02/24/09

Case Number: 05 B 43881
Judge: Hollis, Pamela S
Filed: 10/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  January 29, 2009
Confirmed:  November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,946.95 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,478.24 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,404.20 |
| Trustee Fee: |  | 345.56 |
| Other Funds: |  | 718.95 |
| Totals: | 6,946.95 | 6,946.95 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,404.20 | 2,404.20 |
| 2. | American General Finance | Secured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 46.13 | 95.86 |
| 4. | American General Finance | Unsecured | 625.26 | 1,299.38 |
| 5. | Capital One | Unsecured | 29.98 | 62.30 |
| 6. | Resurgent Capital Services | Unsecured | 466.92 | 970.34 |
| 7. | ECast Settlement Corp | Unsecured | 95.25 | 197.92 |
| 8. | Capital One | Unsecured | 410.19 | 852.44 |
| 9. | Bank Of America | Unsecured |  | No Claim Filed |
| 10. | Direct Merchants | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,077.93 | $ 5,882.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 42.21 |
| 5% | 13.66 |
| 4.8% | 26.17 |
| 5.4% | 188.22 |
| 6.5% | 68.06 |
| 6.6% | 7.24 |
|  | $ 345.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Roman, Ruth | Case Number: 05 B 43881 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 10/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*